UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NATIONAL ASSOCIATION FOR STOCK CAR
AUTO RACING, LLC,

                            Plaintiff,
             -against-

BloomD, et al.,

                            Defendants.

NATIONAL ASSOCIATION FOR STOCK CAR
AUTO RACING, LLC,

                            Plaintiff,
             -against-

A newtype of shop, et al.,

                            Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _6/29/2026_

26 Civ. 3111 (AT)

26 Civ. 4421 (AT)

**ORDER**

ANALISA TORRES, District Judge:

        The hearing scheduled for June 29, 2026, in the above cases, is ADJOURNED to **June 30, 2026**, at **11:00 a.m.**

        Pursuant to Federal Rule of Civil Procedure 65(b)(2), the temporary restraining orders ("TROs") in both actions are extended to **June 30, 2026**.  Good cause exists for an extension, because adjourning the preliminary injunction hearing is necessary due to a scheduling conflict.  Good cause also exists to ensure Defendants are afforded adequate notice, and continued restraint of Defendants and third parties in the interim period is necessary to protect Plaintiffs' rights against the irreparable harms demonstrated in their TRO applications.

        The hearing shall happen by way of video conference as set forth in the Court's orders at ECF Nos. 19 in 26 Civ. 3111 and 19 in 26 Civ. 4421

        SO ORDERED.

Dated:  June 29, 2026
        New York, New York

_____
ANALISA TORRES
United States District Judge