USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/7/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NATIONAL ASSOCIATION FOR STOCK CAR AUTO RACING, LLC,

Plaintiff,

-against-

BloomD, et al,

Defendants.

26 Civ. 3111 (AT)

**PRELIMINARY INJUNCTION ORDER**

The Court has considered Plaintiff's Motion To Show Cause As To Why A Preliminary Injunction Should Not Issue (the "Motion to Show Cause") and oral arguments made in the hearing before the Court on June 30, 2026. *See* 06/30/2026 ECF Entry; ECF Nos. 19, 27. Based on the papers and other evidence submitted in support of the Motion to Show Cause, and for good cause shown, the Court makes the following findings of fact and conclusions of law:

**FACTUAL FINDINGS & CONCLUSIONS OF LAW**

1. The Court has personal jurisdiction over Defendants for the purpose of Plaintiff's motion pursuant to Federal Rule of Civil Procedure 4(k)(2). First, this action arises under federal law, the Lanham Act, 15 United States Code Section 1051, *et seq.*, *see* Compl. ¶¶ 1, 3, ECF No. 23. Second, Plaintiff has met its burden of certifying that, to its knowledge, Defendants are not subject to jurisdiction in any state court of general jurisdiction, according to the sworn declaration of Plaintiff's counsel submitted in support of its motion for a preliminary injunction. *See Astor Chocolate Corp. v. Elite Gold Ltd.*, 510 F. Supp. 3d 108, 125 (S.D.N.Y. 2020); Mu Decl. ¶ 12, ECF No. 24. Third, Plaintiff has sufficiently alleged that Defendants have targeted

their sales of infringing products to markets in the United States, including in this District, through online marketplace platforms like PayPal and Shop Pay, and have targeted consumers in the United States, by, for example, offering shipping to the United States, including to New York, and listing the infringing products in U.S. dollars. *See* Compl. ¶¶ 5–6, 23; *see generally* Compl. Schedule A; Compl. Ex. 1, ECF No. 24-1 (infringing evidence). Although Defendants have the right to challenge the existence of a basis for personal jurisdiction, Plaintiff's allegations are uncontested, and such a showing is sufficient to support a claim for injunctive relief. *See Overnight Blowout LLC v. Xuchang Yunduan Hair Prods. Co.*, No. 24 Civ. 7926, 2024 WL 5202547, at *4 (S.D.N.Y. Dec. 23, 2024).

2. Plaintiff is likely to prevail on its trademark infringement claims at trial.

3. As a result of Defendants' misconduct, Plaintiff is likely to suffer immediate and irreparable losses, damages, and injuries:

a. Defendants, without any authorization or license from Plaintiff, have knowingly, willfully, and deliberately infringed U.S. Trademark Registration Nos. 1,850,527; 1,908,112; 2,885,737; 4,289,440; 5,388,088; 5,578,788; 6,196,869; and 7,374,941 (the "NASCAR Marks") in connection with the systematic advertisement, distribution, offering for sale, and sale of Infringing Products into the United States, including within this judicial district of New York, over the Internet through accounts with online marketplace platforms including PayPal, Shop Pay, and WhaleCo Inc. ("Temu") held by Defendants (the "User Account(s)").

b. Plaintiff has well-founded fears that more Infringing Products will appear in the marketplace using the same User Accounts or new and different User

Accounts; that consumers may be misled, confused and disappointed by the quality of these Infringing Products, resulting in injury to Plaintiff's reputation and goodwill and, in particular, the reputation and goodwill related to Plaintiff's NASCAR Marks.

4. On balance, the potential harm to Defendants of being prevented from continuing to profit from their illegal and infringing activities if a preliminary injunction order is issued is far outweighed by the potential harm to Plaintiff, its business, and the goodwill and reputation built up in and associated with Plaintiff's NASCAR Marks if a preliminary injunction order is not issued.

5. Service on Defendants via electronic means is reasonably calculated to result in proper notice to Defendants and does not violate the Hague Service Convention as Defendants' addresses are unknown or unverifiable despite Plaintiff's due diligence.

**ORDER**

The injunctive relief previously granted in the TRO shall remain in place through the pendency of this action, and issuing this Order is warranted under Federal Rule of Civil Procedure 65 and 15 U.S.C. § 1116(a). Based on the foregoing findings of fact and conclusions of law, Plaintiff's Motion to Show Cause is hereby **GRANTED** and it is **ORDERED** as follows:

1. As sufficient causes have been shown, Defendants are hereby enjoined and restrained from engaging in any of the following conduct pending the final hearing and determination of this action or until further order of the Court:

a. manufacturing, advertising, offering for sale, selling, distributing, destroying, selling off, transferring, or otherwise disposing of any Infringing Products;

b. manufacturing, advertising, offering to sell, selling, reproducing, or distributing any goods utilizing the Plaintiff's NASCAR Marks, or any confusingly similar goods, other than genuine products manufactured or distributed by Plaintiff or its authorized manufacturers and distributors;

c. destroying, selling off, transferring, or otherwise disposing of any documents, electronically stored information, or financial records or assets of any kind relating to the manufacture, importation, sale, offer for sale, distribution, or transfer of any Infringing Products;

d. using the Plaintiff's NASCAR Marks on or in connection with any seller alias that any Defendant may own, operate, or control on any Marketplace;

e. any and all use of the Plaintiff's NASCAR Marks as metatags, on any webpage (including the title of any web page), in any advertising links to other websites, from search engines' databases or cache memory, or any other form of use of such terms that is visible to a computer user or serves to direct computer searches to Seller Aliases registered, owned or operated by any Defendant on any Marketplace; and

f. altering, disabling, closing, or transferring ownership of any seller alias on any Marketplace.

**Asset Restraint**

2. As sufficient cause has been shown, the asset restraint granted in the TRO shall remain in place through the pendency of this litigation, including that:

a. within five (5) days of receipt of service of this Order, the following Financial Institutions: (i) WhaleCo Inc. ("Temu"), (ii) PayPal,Inc.("PayPal"), (ii)Payoneer,Inc (Payoneer"), (iv) PingPongGlobal Solutions Inc ("Ping Pong"), and (v) Coinbase Global, Inc ("Coinbase") (collectively referred to as the "Financial Institutions") as well as any other financial institution or payment processor that holds accounts or assets belonging to Defendants (collectively referred to as the "Financial Institutions") shall locate all accounts associated with Defendants (the "Defendants' Accounts") and other assets belonging to Defendants, including any cryptocurrency (the "Defendants' Assets") and shall locate, attach, and restrain the transfer or disposing of monies or funds from Defendants' Accounts, as well as the transfer or disposing of Defendants' Assets, until further ordered by this Court. The Financial Institutions shall provide written confirmation of their compliance with the foregoing to Plaintiff.

**Expedited Discovery**

3. As sufficient cause has been shown, the expedited discovery order previously granted in the TRO shall remain in place through the pendency of this litigation, including that:

a. within five (5) days of receipt of service of this Order, the Financial Institutions shall provide the following information to Plaintiff's counsel (to the extent such information is in the Financial Institutions'

possession, custody, or control): Identifying information for Defendants, including all available contact information (which shall include, if available, all known e-mail addresses and mailing addresses), as well as all associated account numbers and account balances, regardless of the platform or institution; Any User Accounts and/or online marketplace websites affiliated with Defendants that are not listed on Schedule A to the Complaint (and attached hereto); Information concerning any of Defendants' Accounts or Defendants' Assets including any and all related, connected or otherwise associated accounts or assets, regardless of the hosting platform or institution.

4. As sufficient cause has been shown, Plaintiff is authorized to conduct expedited discovery, including that:

a. Plaintiff may serve interrogatories and requests for production of documents, pursuant to Rules 26, 33, and 34 of the Federal Rules of Civil Procedure as well as Local Civil Rule 33.3 of the Local Rules for the Southern District of New York and Defendants who are served with this Order shall provide written responses under oath to such interrogatories and produce documents requested within seven (7) days of service to Plaintiff's counsel.

**<u>Service by Electronic Mail and/or Electronic Publication</u>**

5. Pursuant to Fed. R. Civ. P. 4(f)(3), as sufficient cause has been shown, service of this Order and the Complaint may be made on, and shall be deemed effective as to Defendants and Third Parties if it is completed by the following means:

a. Delivery of: (i) PDF copies of this Order together with the Complaint; (ii) a link to a website where each Defendant will be able to download PDF copies of this Order together with the Complaint, and all papers filed by Plaintiff (the "Link") to Defendants' e-mail addresses as provided by the Financial Institutions or to the Financial Institutions if the Financial Institutions are unable to provide e-mail addresses.

**Security Bond**

6. The $1,500.00 bond posted by Plaintiff shall remain with the Court until a final disposition of this case or until this Order is terminated.

**Application to Vacate or Dissolve**

7. Any Defendants that are subject to this Order may appear and move to dissolve or modify the Order on two (2) days' notice to Plaintiff or on shorter notice as set by this Court.

SO ORDERED.

Dated: July 7, 2026
New York, New York

ANALISA TORRES
United States District Judge

**SCHEDULE A**

| Doe No. | Seller Alias | Platform | Seller ID |
|---|---|---|---|
| 1 | BloomD | Temu | 634418221655467 |
| 2 | blueoceann | Temu | 634418217864413 |
| 3 | BM Hat Shop local | Temu | 634418219376582 |
| 4 | BM Tshirt | Temu | 634418215283410 |
| 5 | BMSDSA | Temu | 634418222388355 |
| 6 | Bo billion ecommerce | Temu | 634418220925850 |
| 7 | Bohemian Style Clothes Court | Temu | 634418222081348 |
| 8 | BounceLuxe | Temu | 634418223185379 |
| 9 | Boundless Union | Temu | 634418222934056 |
| 10 | Bour | Temu | 634418222047689 |
| 11 | Brkuballe | Temu | 634418222611831 |
| 12 | BroCode Vibe | Temu | 634418224443960 |
| 13 | BuAkou Clothing | Temu | 634418222906344 |
| 14 | Bubble Sprout | Temu | 634418220184450 |
| 15 | Buildly | Temu | 634418222240411 |
| 16 | BuiltBig | Temu | 634418222676614 |
| 17 | BumeZent A | Temu | 634418222942144 |
| 18 | BumeZent C | Temu | 634418223518095 |
| 19 | BUSY STUDIO | Temu | 634418220203088 |
| 20 | Buy from the South local | Temu | 634418218534336 |
| 21 | Buy the South local | Temu | 634418218535014 |
| 22 | CALDWELL | Temu | 634418218194252 |
| 23 | Casual Crew Tees | Temu | 634418218714033 |
| 24 | CASUALK | Temu | 634418222696367 |
| 25 | CBTUILVV | Temu | 634418221155516 |
| 26 | CCC Customization | Temu | 634418219812979 |
| 27 | CCXDY | Temu | 634418221943506 |
| 28 | CDPZEJFF | Temu | 634418219277726 |
| 29 | Celestial Forge | Temu | 634418223631417 |
| 30 | Chameleon Canvas | Temu | 634418220186337 |
| 31 | CHAOTNFSS | Temu | 634418221401085 |
| 32 | CharmComerg | Temu | 634418220227355 |
| 33 | Charming Neighbor Wang | Temu | 634418220693866 |
| 34 | Charming Print Collection A | Temu | 634418222536964 |
| 35 | chenbinERW | Temu | 634418223903286 |
| 36 | CHENBINQWE | Temu | 634418223904093 |
| 37 | ChenChenStar local | Temu | 634418222748525 |
| 38 | Cherish Cloth | Temu | 634418213536116 |
| 39 | ChicAbode | Temu | 634418216083968 |
| 40 | ChicApparel | Temu | 634418223823021 |

| Doe No. | Seller Alias | Platform | Seller ID |
|---|---|---|---|
| 41 | ChicCut | Temu | 634418223640129 |
| 42 | ChicThreads Boutique | Temu | 634418222618240 |
| 43 | Chikiaasa | Temu | 634418220450675 |
| 44 | ChildBubu | Temu | 634418224323932 |
| 45 | children cute T | Temu | 634418220693862 |
| 46 | Childrens happiness ZZ | Temu | 634418221305952 |
| 47 | Chongling Port | Temu | 634418221899165 |
| 48 | CHT Online | Temu | 634418218841070 |
| 49 | CinnaCool | Temu | 634418222157300 |
| 50 | CK CLOTH | Temu | 634418219407426 |
| 51 | CldyNest | Temu | 634418220203405 |
| 52 | CLEVO SUNOD | Temu | 634418222456356 |
| 53 | Closet Wonderland | Temu | 634418218713368 |
| 54 | Clothes Onlines | Temu | 634418222433999 |
| 55 | Clothes Sale | Temu | 634418222433951 |
| 56 | CMDID | Temu | 634418221176223 |
| 57 | CNNB TRADE | Temu | 634418219811527 |
| 58 | Coastlinewalk | Temu | 634418223896697 |
| 59 | Colorful Styles | Temu | 634418218241772 |
| 60 | Colourful spacetime G | Temu | 634418225135956 |
| 61 | Column Trade | Temu | 634418222227267 |
| 62 | Comfortable Clothing Corner | Temu | 634418222615121 |
| 63 | Cool Cali Clothing | Temu | 634418220229478 |
| 64 | Cool Guy commercial bank | Temu | 634418224550473 |
| 65 | Cool Men Cool | Temu | 634418221318416 |
| 66 | Cool Teez Haven | Temu | 634418222668718 |
| 67 | Cool Wardrobe A | Temu | 634418220184574 |
| 68 | CoolStyle A | Temu | 634418219371539 |
| 69 | COOLT | Temu | 634418221761167 |
| 70 | CooTeen | Temu | 634418219696352 |
| 71 | coupang | Temu | 634418216998695 |
| 72 | CoutureCanvas | Temu | 634418220096690 |
| 73 | Cozy Home TXH | Temu | 634418220182925 |
| 74 | CPGO | Temu | 634418220794650 |
| 75 | CQDAZMZF | Temu | 634418219277629 |
| 76 | CQYGYLY | Temu | 634418219224190 |
| 77 | CrazyDealz | Temu | 634418221581859 |
| 78 | CRAZYSHAWN | Temu | 634418222644394 |
| 79 | CrushXuan cloth | Temu | 634418222373408 |
| 80 | CTrendy clothing | Temu | 634418222915458 |
| 81 | Cuddleave | Temu | 634418219466889 |
| 82 | CustGar | Temu | 634418222390519 |
| 83 | Customize personality | Temu | 634418221679732 |

| Doe No. | Seller Alias | Platform | Seller ID |
|---|---|---|---|
| 84 | CUTE GIRLS SHOP | Temu | 634418220019559 |
| 85 | cutsinger | Temu | 634418220220220 |
| 86 | CXWONDERGIF | Temu | 634418217477501 |
| 87 | CYTBTGI | Temu | 634418222363236 |
| 88 | Dada Gifts | Temu | 634418219367901 |
| 89 | DAILY T FIT | Temu | 634418222959984 |
| 90 | Daisy Dreams | Temu | 634418217741429 |
| 91 | Dandy Custom | Temu | 634418218377409 |
| 92 | DANEKAN | Temu | 634418221171571 |
| 93 | Dark Candy | Temu | 634418222747887 |
| 94 | DashDynamo | Temu | 634418220244920 |
| 95 | DDD Trendy Hat Commune local | Temu | 634418222040758 |
| 96 | De Dan Blue | Temu | 634418223981391 |
| 97 | DealDazzle clothing | Temu | 634418222750609 |
| 98 | dear G | Temu | 634418222499177 |
| 99 | Denim Dossier | Temu | 634418223803655 |
| 100 | DewBlossom | Temu | 634418220038377 |
| 101 | dimaitee | Temu | 634418221628423 |
| 102 | DITPQWAN | Temu | 634418218933736 |
| 103 | DIY ZXJ | Temu | 634418222738853 |
| 104 | DKHAAQME | Temu | 634418219470169 |
| 105 | DOGOE | Temu | 634418222844810 |
| 106 | DONGFUCCC | Temu | 634418223310205 |
| 107 | dongfudamai local | Temu | 634418221993333 |
| 108 | DONGFUFFF | Temu | 634418223512536 |
| 109 | DONGFUGGG | Temu | 634418223577159 |
| 110 | DPDC CrossFlow | Temu | 634418222263901 |
| 111 | DPDC ExpressHub | Temu | 634418222263613 |
| 112 | DPDC GlobalLink | Temu | 634418222263660 |
| 113 | DPDC Men | Temu | 634418222259974 |
| 114 | DPDC MT | Temu | 634418222264072 |
| 115 | DPDC Tshirt | Temu | 634418221873288 |
| 116 | DPDC ValueZone | Temu | 634418222263722 |
| 117 | DPDC XHM | Temu | 634418222260660 |
| 118 | DQAZWQMD | Temu | 634418220211232 |
| 119 | Dragon Reappears | Temu | 634418224343336 |
| 120 | Draped in Evening Silence | Temu | 634418224748289 |
| 121 | Dream big clothing four | Temu | 634418219955013 |
| 122 | Dreamy Snow Shirt | Temu | 634418220337563 |
| 123 | DSMDirect | Temu | 634418220986852 |
| 124 | DTF print | Temu | 634418220163281 |
| 125 | Dudu Forest | Temu | 634418224342941 |
| 126 | Easylinkk | Temu | 634418219304881 |

| Doe No. | Seller Alias | Platform | Seller ID |
|---|---|---|---|
| 127 | Eberna | Temu | 634418223490361 |
| 128 | EcoPrintWear | Temu | 634418222840091 |
| 129 | Edge Tides | Temu | 634418223535752 |
| 130 | eeCrazeCorner | Temu | 634418222113986 |
| 131 | EEE Trendy Hat Commune local | Temu | 634418222041029 |
| 132 | EFE Lnnovation Lab DIY | Temu | 634418220198530 |
| 133 | EFX Lnnovation Lab DIY | Temu | 634418220197692 |
| 134 | EleganceAttire | Temu | 634418220095455 |
| 135 | ElegantTeeGallery | Temu | 634418220175429 |
| 136 | Eligabeth | Temu | 634418221662337 |
| 137 | Erjiu | Temu | 5990799802167 |
| 138 | Erwusha | Temu | 634418221370902 |
| 139 | Escape from Planet Earth | Temu | 634418218799690 |
| 140 | Evening breeze A | Temu | 634418221393370 |
| 141 | Excellent Tshirt | Temu | 634418217995614 |
| 142 | ExoticClothes | Temu | 634418217284194 |
| 143 | Express kana | Temu | 634418222327276 |
| 144 | Expressive Print Tees | Temu | 634418222534785 |
| 145 | ExquisiteEcoShop | Temu | 634418221923899 |
| 146 | exueone | Temu | 634418221755435 |
| 147 | fahionone | Temu | 634418220538002 |
| 148 | Faith Clothing | Temu | 634418221743943 |
| 149 | Fantasy Art Studio | Temu | 634418218770838 |
| 150 | Fashion dress plan | Temu | 634418216301558 |
| 151 | A hat luck | Temu | 634418221768827 |
| 152 | AnswerS | Temu | 634418219728033 |
| 153 | CHENKIE | Temu | 634418221355899 |
| 154 | Crongshop | Temu | 634418221575050 |
| 155 | deepshirt | Temu | 634418219602503 |
| 156 | Demolishing Bridges | Temu | 634418220483328 |
| 157 | Dorothy men | Temu | 634418219831127 |
| 158 | Ezones | Temu | 634418217595775 |
| 159 | FFFFFFT | Temu | 634418220734198 |
| 160 | GLEC | Temu | 634418219599187 |
| 161 | Grain rains | Temu | 634418218514977 |
| 162 | GraphicTee | Temu | 634418217307540 |
| 163 | GZNB | Temu | 634418219812437 |
| 164 | HCREATEE | Temu | 634418220603130 |
| 165 | HENYIDAAK | Temu | 634418222141882 |
| 166 | hours fly past | Temu | 634418220250136 |
| 167 | Keep happy shopping | Temu | 634418219220556 |
| 168 | LaidBackWearWorld | Temu | 634418222320876 |
| 169 | LALABOMB | Temu | 634418220854190 |

| Doe No. | Seller Alias | Platform | Seller ID |
|---|---|---|---|
| 170 | Luck Tee | Temu | 634418222365066 |
| 171 | MHUGYTBB | Temu | 634418219528337 |
| 172 | Momentum Mart two | Temu | 634418222455189 |
| 173 | Saint Mode | Temu | 634418220965583 |
| 174 | Sizhe Clothing | Temu | 634418218119988 |
| 175 | Strongest on the surface | Temu | 634418215372541 |
| 176 | T Shirt Patterned | Temu | 634418221987426 |
| 177 | TeeMingle | Temu | 634418219742516 |
| 178 | TeeVibes | Temu | 634418219507083 |
| 179 | Thommson | Temu | 634418221662806 |
| 180 | TREND MATRIXS | Temu | 634418219742162 |
| 181 | Urban fashion man Shop | Temu | 634418218676682 |
| 182 | VibeTeesTshirt | Temu | 634418222559031 |
| 183 | WJHHHH | Temu | 634418222273706 |
| 184 | WTY QPL | Temu | 634418215195954 |
| 185 | WXXFDCJJ | Temu | 634418220195408 |
| 186 | Xbto Ventures | Temu | 634418217330449 |
| 187 | Xiubei Rabbit two | Temu | 634418220022566 |
| 188 | XNS Direct | Temu | 634418219179951 |
| 189 | YaccT | Temu | 634418219739373 |
| 190 | Yalikesabo | Temu | 634418219221835 |
| 191 | YF shoptwo | Temu | 634418217887736 |
| 192 | Yiayu | Temu | 634418221763200 |
| 193 | YouhopCloths | Temu | 634418221108015 |
| 194 | YOUKE MENS | Temu | 634418221947007 |
| 195 | Ypowers | Temu | 634418220166247 |
| 196 | YUVCX | Temu | 634418220162301 |
| 197 | Z Star Raw | Temu | 634418218053158 |
| 198 | Zero mode T | Temu | 634418222323879 |
| 199 | Zhanguod | Temu | 634418222069091 |
| 200 | ZYXH PRO | Temu | 634418219507062 |