Civil Action No. 26-cv-3111

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* defendants listed on schedule a attached hereto was received by me on *(date)* 06/29/2026 .

❒ I personally served the summons on the individual at *(place)* ______ on *(date)* ______ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______ , a person of suitable age and discretion who resides there, on *(date)* ______ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______ , who is designated by law to accept service of process on behalf of *(name of organization)* ______ on *(date)* ______ ; or

❒ I returned the summons unexecuted because ______ ; or

☑ Other *(specify)*: On June 29, 2026, I or someone under my direction electronically delivered the Complaint, Summons, TRO, all declaration and memorandum, signed Orders to Defendants listed on the Schedule A attached via email

My fees are $ ______ for travel and $ ______ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 08/12/2026

/s/Shengmao Mu
*Server's signature*

Shengmao Mu, Attorney
*Printed name and title*

Whitewood Law PLLC, 57 West, 57th Street, 3rd and 4th Floors, New York, NY, 10019
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

NATIONAL ASSOCIATION FOR STOCK CAR AUTO RACING, LLC

*Plaintiff(s)*

v.

THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A TO THE COMPLAINT

*Defendant(s)*

Civil Action No. 26-cv-3111

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* See Schedule A attached

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Shengmao Mu
Whitewood Law PLLC
57 West 57th Street
3rd and 4th Floors
New York, NY 10019

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 6/29/2026

s/ G. Pisarczyk

*Signature of Clerk or Deputy Clerk*

Tammi M. Hellwig

**Schedule A**

| Doe No. | Seller Alias | Platform | Seller ID |
|---|---|---|---|
| 1 | BloomD | Temu | 634418221655467 |
| 2 | blueoceann | Temu | 634418217864413 |
| 3 | BM Hat Shop local | Temu | 634418219376582 |
| 4 | BM Tshirt | Temu | 634418215283410 |
| 5 | BMSDSA | Temu | 634418222388355 |
| 6 | Bo billion ecommerce | Temu | 634418220925850 |
| 7 | Bohemian Style Clothes Court | Temu | 634418222081348 |
| 8 | BounceLuxe | Temu | 634418223185379 |
| 9 | Boundless Union | Temu | 634418222934056 |
| 10 | Bour | Temu | 634418222047689 |
| 11 | Brkuballe | Temu | 634418222611831 |
| 12 | BroCode Vibe | Temu | 634418224443960 |
| 13 | BuAkou Clothing | Temu | 634418222906344 |
| 14 | Bubble Sprout | Temu | 634418220184450 |
| 15 | Buildly | Temu | 634418222240411 |
| 16 | BuiltBig | Temu | 634418222676614 |
| 17 | BumeZent A | Temu | 634418222942144 |
| 18 | BumeZent C | Temu | 634418223518095 |
| 19 | BUSY STUDIO | Temu | 634418220203088 |
| 20 | Buy from the South local | Temu | 634418218534336 |
| 21 | Buy the South local | Temu | 634418218535014 |
| 22 | CALDWELL | Temu | 634418218194252 |
| 23 | Casual Crew Tees | Temu | 634418218714033 |
| 24 | CASUALK | Temu | 634418222696367 |
| 25 | CBTUILVV | Temu | 634418221155516 |
| 26 | CCC Customization | Temu | 634418219812979 |
| 27 | CCXDY | Temu | 634418221943506 |
| 28 | CDPZEJFF | Temu | 634418219277726 |
| 29 | Celestial Forge | Temu | 634418223631417 |
| 30 | Chameleon Canvas | Temu | 634418220186337 |
| 31 | CHAOTNFSS | Temu | 634418221401085 |
| 32 | CharmComerg | Temu | 634418220227355 |
| 33 | Charming Neighbor Wang | Temu | 634418220693866 |
| 34 | Charming Print Collection A | Temu | 634418222536964 |
| 35 | chenbinERW | Temu | 634418223903286 |
| 36 | CHENBINQWE | Temu | 634418223904093 |
| 37 | ChenChenStar local | Temu | 634418222748525 |
| 38 | Cherish Cloth | Temu | 634418213536116 |
| 39 | ChicAbode | Temu | 634418216083968 |
| 40 | ChicApparel | Temu | 634418223823021 |
| 41 | ChicCut | Temu | 634418223640129 |

| Doe No. | Seller Alias | Platform | Seller ID |
|---|---|---|---|
| 42 | ChicThreads Boutique | Temu | 634418222618240 |
| 43 | Chikiaasa | Temu | 634418220450675 |
| 44 | ChildBubu | Temu | 634418224323932 |
| 45 | children cute T | Temu | 634418220693862 |
| 46 | Childrens happiness ZZ | Temu | 634418221305952 |
| 47 | Chongling Port | Temu | 634418221899165 |
| 48 | CHT Online | Temu | 634418218841070 |
| 49 | CinnaCool | Temu | 634418222157300 |
| 50 | CK CLOTH | Temu | 634418219407426 |
| 51 | CldyNest | Temu | 634418220203405 |
| 52 | CLEVO SUNOD | Temu | 634418222456356 |
| 53 | Closet Wonderland | Temu | 634418218713368 |
| 54 | Clothes Onlines | Temu | 634418222433999 |
| 55 | Clothes Sale | Temu | 634418222433951 |
| 56 | CMDID | Temu | 634418221176223 |
| 57 | CNNB TRADE | Temu | 634418219811527 |
| 58 | Coastlinewalk | Temu | 634418223896697 |
| 59 | Colorful Styles | Temu | 634418218241772 |
| 60 | Colourful spacetime G | Temu | 634418225135956 |
| 61 | Column Trade | Temu | 634418222227267 |
| 62 | Comfortable Clothing Corner | Temu | 634418222615121 |
| 63 | Cool Cali Clothing | Temu | 634418220229478 |
| 64 | Cool Guy commercial bank | Temu | 634418224550473 |
| 65 | Cool Men Cool | Temu | 634418221318416 |
| 66 | Cool Teez Haven | Temu | 634418222668718 |
| 67 | Cool Wardrobe A | Temu | 634418220184574 |
| 68 | CoolStyle A | Temu | 634418219371539 |
| 69 | COOLT | Temu | 634418221761167 |
| 70 | CooTeen | Temu | 634418219696352 |
| 71 | coupang | Temu | 634418216998695 |
| 72 | CoutureCanvas | Temu | 634418220096690 |
| 73 | Cozy Home TXH | Temu | 634418220182925 |
| 74 | CPGO | Temu | 634418220794650 |
| 75 | CQDAZMZF | Temu | 634418219277629 |
| 76 | CQYGYLY | Temu | 634418219224190 |
| 77 | CrazyDealz | Temu | 634418221581859 |
| 78 | CRAZYSHAWN | Temu | 634418222644394 |
| 79 | CrushXuan cloth | Temu | 634418222373408 |
| 80 | CTrendy clothing | Temu | 634418222915458 |
| 81 | Cuddleave | Temu | 634418219466889 |
| 82 | CustGar | Temu | 634418222390519 |
| 83 | Customize personality | Temu | 634418221679732 |
| 84 | CUTE GIRLS SHOP | Temu | 634418220019559 |

| Doe No. | Seller Alias | Platform | Seller ID |
|---|---|---|---|
| 85 | cutsinger | Temu | 634418220220220 |
| 86 | CXWONDERGIF | Temu | 634418217477501 |
| 87 | CYTBTGI | Temu | 634418222363236 |
| 88 | Dada Gifts | Temu | 634418219367901 |
| 89 | DAILY T FIT | Temu | 634418222959984 |
| 90 | Daisy Dreams | Temu | 634418217741429 |
| 91 | Dandy Custom | Temu | 634418218377409 |
| 92 | DANEKAN | Temu | 634418221171571 |
| 93 | Dark Candy | Temu | 634418222747887 |
| 94 | DashDynamo | Temu | 634418220244920 |
| 95 | DDD Trendy Hat Commune local | Temu | 634418222040758 |
| 96 | De Dan Blue | Temu | 634418223981391 |
| 97 | DealDazzle clothing | Temu | 634418222750609 |
| 98 | dear G | Temu | 634418222499177 |
| 99 | Denim Dossier | Temu | 634418223803655 |
| 100 | DewBlossom | Temu | 634418220038377 |
| 101 | dimaitee | Temu | 634418221628423 |
| 102 | DITPQWAN | Temu | 634418218933736 |
| 103 | DIY ZXJ | Temu | 634418222738853 |
| 104 | DKHAAQME | Temu | 634418219470169 |
| 105 | DOGOE | Temu | 634418222844810 |
| 106 | DONGFUCCC | Temu | 634418223310205 |
| 107 | dongfudamai local | Temu | 634418221993333 |
| 108 | DONGFUFFF | Temu | 634418223512536 |
| 109 | DONGFUGGG | Temu | 634418223577159 |
| 110 | DPDC CrossFlow | Temu | 634418222263901 |
| 111 | DPDC ExpressHub | Temu | 634418222263613 |
| 112 | DPDC GlobalLink | Temu | 634418222263660 |
| 113 | DPDC Men | Temu | 634418222259974 |
| 114 | DPDC MT | Temu | 634418222264072 |
| 115 | DPDC Tshirt | Temu | 634418221873288 |
| 116 | DPDC ValueZone | Temu | 634418222263722 |
| 117 | DPDC XHM | Temu | 634418222260660 |
| 118 | DQAZWQMD | Temu | 634418220211232 |
| 119 | Dragon Reappears | Temu | 634418224343336 |
| 120 | Draped in Evening Silence | Temu | 634418224748289 |
| 121 | Dream big clothing four | Temu | 634418219955013 |
| 122 | Dreamy Snow Shirt | Temu | 634418220337563 |
| 123 | DSMDirect | Temu | 634418220986852 |
| 124 | DTF print | Temu | 634418220163281 |
| 125 | Dudu Forest | Temu | 634418224342941 |
| 126 | Easylinkk | Temu | 634418219304881 |
| 127 | Eberna | Temu | 634418223490361 |

| Doe No. | Seller Alias | Platform | Seller ID |
|---|---|---|---|
| 128 | EcoPrintWear | Temu | 634418222840091 |
| 129 | Edge Tides | Temu | 634418223535752 |
| 130 | eeCrazeCorner | Temu | 634418222113986 |
| 131 | EEE Trendy Hat Commune local | Temu | 634418222041029 |
| 132 | EFE Lnnovation Lab DIY | Temu | 634418220198530 |
| 133 | EFX Lnnovation Lab DIY | Temu | 634418220197692 |
| 134 | EleganceAttire | Temu | 634418220095455 |
| 135 | ElegantTeeGallery | Temu | 634418220175429 |
| 136 | Eligabeth | Temu | 634418221662337 |
| 137 | Erjiu | Temu | 5990799802167 |
| 138 | Erwusha | Temu | 634418221370902 |
| 139 | Escape from Planet Earth | Temu | 634418218799690 |
| 140 | Evening breeze A | Temu | 634418221393370 |
| 141 | Excellent Tshirt | Temu | 634418217995614 |
| 142 | ExoticClothes | Temu | 634418217284194 |
| 143 | Express kana | Temu | 634418222327276 |
| 144 | Expressive Print Tees | Temu | 634418222534785 |
| 145 | ExquisiteEcoShop | Temu | 634418221923899 |
| 146 | exueone | Temu | 634418221755435 |
| 147 | fahionone | Temu | 634418220538002 |
| 148 | Faith Clothing | Temu | 634418221743943 |
| 149 | Fantasy Art Studio | Temu | 634418218770838 |
| 150 | Fashion dress plan | Temu | 634418216301558 |
| 151 | A hat luck | Temu | 634418221768827 |
| 152 | AnswerS | Temu | 634418219728033 |
| 153 | CHENKIE | Temu | 634418221355899 |
| 154 | Crongshop | Temu | 634418221575050 |
| 155 | deepshirt | Temu | 634418219602503 |
| 156 | Demolishing Bridges | Temu | 634418220483328 |
| 157 | Dorothy men | Temu | 634418219831127 |
| 158 | Ezones | Temu | 634418217595775 |
| 159 | FFFFFFT | Temu | 634418220734198 |
| 160 | GLEC | Temu | 634418219599187 |
| 161 | Grain rains | Temu | 634418218514977 |
| 162 | GraphicTee | Temu | 634418217307540 |
| 163 | GZNB | Temu | 634418219812437 |
| 164 | HCREATEE | Temu | 634418220603130 |
| 165 | HENYIDAAK | Temu | 634418222141882 |
| 166 | hours fly past | Temu | 634418220250136 |
| 167 | Keep happy shopping | Temu | 634418219220556 |
| 168 | LaidBackWearWorld | Temu | 634418222320876 |
| 169 | LALABOMB | Temu | 634418220854190 |
| 170 | Luck Tee | Temu | 634418222365066 |

| Doe No. | Seller Alias | Platform | Seller ID |
|---|---|---|---|
| 171 | MHUGYTBB | Temu | 634418219528337 |
| 172 | Momentum Mart two | Temu | 634418222455189 |
| 173 | Saint Mode | Temu | 634418220965583 |
| 174 | Sizhe Clothing | Temu | 634418218119988 |
| 175 | Strongest on the surface | Temu | 634418215372541 |
| 176 | T Shirt Patterned | Temu | 634418221987426 |
| 177 | TeeMingle | Temu | 634418219742516 |
| 178 | TeeVibes | Temu | 634418219507083 |
| 179 | Thommson | Temu | 634418221662806 |
| 180 | TREND MATRIXS | Temu | 634418219742162 |
| 181 | Urban fashion man Shop | Temu | 634418218676682 |
| 182 | VibeTeesTshirt | Temu | 634418222559031 |
| 183 | WJHHHH | Temu | 634418222273706 |
| 184 | WTY QPL | Temu | 634418215195954 |
| 185 | WXXFDCJJ | Temu | 634418220195408 |
| 186 | Xbto Ventures | Temu | 634418217330449 |
| 187 | Xiubei Rabbit two | Temu | 634418220022566 |
| 188 | XNS Direct | Temu | 634418219179951 |
| 189 | YaccT | Temu | 634418219739373 |
| 190 | Yalikesabo | Temu | 634418219221835 |
| 191 | YF shoptwo | Temu | 634418217887736 |
| 192 | Yiayu | Temu | 634418221763200 |
| 193 | YouhopCloths | Temu | 634418221108015 |
| 194 | YOUKE MENS | Temu | 634418221947007 |
| 195 | Ypowers | Temu | 634418220166247 |
| 196 | YUVCX | Temu | 634418220162301 |
| 197 | Z Star Raw | Temu | 634418218053158 |
| 198 | Zero mode T | Temu | 634418222323879 |
| 199 | Zhanguod | Temu | 634418222069091 |
| 200 | ZYXH PRO | Temu | 634418219507062 |